# United States District Court
# For The Western District of North Carolina
# Asheville Division

MARCUS ANTWON TWITTY,

    Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

    vs.                                     1:10cv19

UNITED STATES OF AMERICA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 16, 2010 Order.

Signed: December 16, 2010

_____
Frank G. Johns, Clerk
United States District Court